No. 434. SUPERIOR ENGRAVING Co. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied. *George B. Christensen, Otto A. Jaburek* and *Harold A. Smith* for petitioner. *Solicitor General Perlman, John F. Davis, David P. Findling, Mozart G. Ratner* and *Dominick L. Manoli* for respondent.

No. 437. E. T. RENFRO DRUG Co. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *R. B. Cannon* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Irving I. Axelrad* for respondent.

No. 439. AMERICAN POTATO DRYERS, INC. ET AL. *v.* PETERS. C. A. 4th Cir. Certiorari denied. *Jane Elizabeth Newton Dew* for petitioners. *Charles F. Meroni* for respondent.

No. 440. SAMUEL DUNKEL & Co., INC. ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Isidor Enselman* and *Richard F. Wolfson* for petitioners. *Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *J. F. Bishop* for the United States.

No. 444. BELL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *G. C. A. Anderson* and *George L. Hart* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle* and *Ellis N. Slack* for the United States.

No. 445. ENGEL ET AL. *v.* RECORDER'S COURT OF THE CITY OF DETROIT ET AL. Supreme Court of Michigan. Certiorari denied. *Craig Thompson* for petitioners. *James H. Lee* for Skillman, Judge, respondent.